# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 99-11085
Summary Calendar

SOUTHEAST INVESTMENTS, INC.,
a Louisiana corporation,

Plaintiff-Appellant,

versus

LEONA CLADE; CLADE ENTERPRISES,
INC., a Texas corporation,

Defendants-Appellees.

Appeal from the United States District Court
for the Northern District of Texas
3-97-CV-1799-L

April 3, 2000

Before POLITZ, SMITH, and WIENER, Circuit Judges

PER CURIAM:[*]

Southeast Investment, Inc., appeals an adverse *sua sponte* summary judgment in its action on a promissory note against Leona Clade and Clade Enterprises, Inc. Having reviewed the record and briefs of the parties, and finding no reversible error, and essentially on the basis of the undisputed facts and authorities cited and analyzed in the Memorandum Opinion and Order of the district court signed and filed on July 7, 1999, and in its Order signed and filed on August 31, 1999, the judgment appealed is AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.